People v Navarro (2025 NY Slip Op 06261)

People v Navarro

2025 NY Slip Op 06261

Decided on November 13, 2025

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: November 13, 2025

Before: Kern, J.P., Friedman, Kapnick, Shulman, Hagler, JJ. 

Ind No. 3035/17|Appeal No. 5153|Case No. 2024-00468|

[*1]The People of the State of New York, Respondent,
v
Bulfrano Navarro, Defendant-Appellant.

Jenay Nurse Guilford, Center for Appellate Litigation, New York (Alec Miran of counsel), for appellant.
Alvin L. Bragg, Jr., District Attorney, New York (Addison Eisley of counsel), for respondent.

Order, Supreme Court, New York County (Abraham Clott, J.), entered on or about December 11, 2023, which adjudicated defendant a level two sexually violent offender pursuant to the Sex Offender Registration Act (Correction Law art 6-C.), unanimously affirmed, without costs.
The court providently exercised its discretion in adjudicating defendant a level two sex offender and declining to grant a downward departure, and we perceive no basis for substituting our own discretion in this regard (see People v Gillotti, 23 NY3d 841, 861 [2014]). The mitigating factors cited by defendant were adequately taken into account by the risk assessment instrument or were outweighed by the seriousness of the underlying crime, which consisted of raping a sleeping six-year-old boy (see People v Eaddy, 152 AD3d 427 [1st Dept 2017]). 
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: November 13, 2025